UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.O.,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, THE BOARD OF EDUCATION
OF THE CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK, CHANCELLOR KAMAR
H. SAMUELS, IN HIS OFFICIAL CAPACITY,
AND THE CITY OF NEW YORK,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    6/15/2026

26 Civ. 992 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the stipulation of dismissal and settlement agreement filed at ECF No. 14. If the parties wish for the Court to retain jurisdiction over this case to enforce the terms of the settlement agreement, by **July 6, 2026**, the parties shall refile the settlement agreement and include a clause specifying that the Court shall retain jurisdiction to enforce the settlement agreement for a period of one year. *See* ECF No. 14-1 ¶ 13.

SO ORDERED.

Dated: June 15, 2026
    New York, New York

_____
ANALISA TORRES
United States District Judge